**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 690 MAL 2017

Respondent

                               :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court

         v.                      :

RONALD JERMAINE GALBREATH,     :

Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.